December 21, 2012


Your Honorable Judge Denise Cote,

It is with my dearest apologies that I write this letter, and I can only hope that by the end of it, you have a different vision of who I am, rather then the picture that has been painted of me.

I realize that I do not corner the market on stress and heartache; I come from a very good and honest family.  Unfortunately in my 37 years I have dealt with a lot of sickness as well as death. Back in 2004, after having lost three very important people in my life to cancer, my mother was diagnosed with stage 4 ovarian cancer. This coming as a major blow, considering my mother was the major caretaker of my father, who at the time was suffering from Multiple Sclerosis of already 13 years.  I feel in my heart, it was due to these traumatic events that were the start of my downward spiral.  Drugs as well as alcohol became apart of my everyday life.  I continued to press on becoming the caretaker of both my mother and my father, as well as trying to maintain the status of husband and father at home. By the grace of God my mother has been in remission since, under going surgery and treatment. But unfortunately in 2008 my father succumbed to his disease and past away.

By 2009 having lost my business due to a failing economy I had decided to try my hand in the mortgage business.  I was in debt beyond fathom.  I owed money in the tune of hundreds of thousands of dollars, not only just to family and friends, but also to people who were collecting interest weekly.  It was at this point that the self-medicating was at its worst and I felt as the walls were closing in on me.  At the age of 36 I committed my first crime, which was mortgage fraud. Please believe me Your Honor in no way do I feel that this is acceptable behavior and I regret ever making such a poor judgment call.  One year later with things being worse financially, somehow I found myself involved in the crime for which I stand before you.

Judge Cote please do not misunderstand I am in no way making excuses for the two crimes I committed, nor do I feel that it should go unpunished.  The whole point of this letter as previously stated is in that hope you realize that I am not a monster nor a threat to society.  I am a man who made 2 very mad mistakes and will pay for them severely.  Your Honor, I do not want to misguide you down a path of just negatives. God has also blessed me with good!  I have an amazing wife, who has stuck with me through thick and thin, as well as a beautiful little girl who is 8 years of age.  You see in my eyes the jail time is not the worst part of the punishment.  The years of missing out on my daughters life, as well as the pain I have caused my family is the absolute worst.

In closing, Judge Cote I accept full responsibility for my actions and I promise you that when I come home from prison, I will be a completely clean, focused, successful and a positive influence of society.  Your Honor, I assure you that you will never see me in your courtroom again.


Sincerely,


Salvatore R. Lauria Jr.